UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEKSANDR KAGANOVICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 02-cv-10880 GAO |
| CONSOLIDATED FREIGHTWAYS ) | |
| AND CHRISTOPHER SLIVAN ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

TO:   THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Defendant, Consolidated Freightways Corporation of Delaware ("CF") (improperly named as Consolidated Freightways), files this Notice of Removal of the above-captioned action from the Norfolk Superior Court, Norfolk County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.  In support of its Notice of Removal, CF states as follows:

1.   As appears from Docket No. 2002-00563 on file in the Norfolk Superior Court, the plaintiff filed a complaint on or about April 5, 2002.  On or about April 29, 2002, CF was served with a Summons and Complaint.  A copy of the Summons and Complaint is attached to this Notice as Exhibit "A".

2.   According to the Complaint, this is a negligence action which alleges personal injuries resulting from a motor vehicle accident.  The Complaint alleges that the Defendant, Christopher Sliva (improperly named as Christopher Slivan), while in the employ of CF negligently and carelessly operated his motor vehicle and collided with the plaintiff's vehicle.  As a result of the

alleged negligence of Christopher Sliva, the plaintiff claims that he was seriously injured, incurred expenses for medical care and attendance, experienced pain and suffering and was caused to lose time from work.

3. The plaintiff has itemized $812,206.36 alleged damages to date (*see* the Statement of Damages attached as Exhibit "B") of which $62,206.36 represents medical expenses to date. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. The plaintiff is a resident of Solon, Ohio.

5. Defendant Christopher Sliva, upon information and belief, is a resident of New Hampshire.

7. Defendant Consolidated Freightways is a Delaware corporation with a principal place of business in Vancouver, Washington.

6. Jurisdiction is founded on diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. The amount in controversy, given the plaintiff's alleged damages, exceeds $75,000.

7. This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

7. This Notice of Removal was served on counsel of record via regular mail on May 14, 2002 pursuant to 28 U.S.C. § 1446(d).

8. A true and correct copy of this Notice of Removal was filed via regular mail on May 14, 2002 with the Clerk of the Norfolk Superior Court.

**Wherefore**, CF prays for removal of the above-captioned matter from the Norfolk Superior Court, Norfolk County, to the United States District Court for the District of Massachusetts.

Dated: May 14, 2002

              CONSOLIDATED FREIGHTWAYS
              CORPORATION OF DELAWARE,

              By Its Attorneys,

              CAMPBELL CAMPBELL EDWARDS
              & CONROY, P.C.

              */s/ James M. Campbell*
              James M. Campbell, BBO # 541882
              Helena T. O'Brien, BBO # 637662
              One Constitution Plaza
              Boston, MA 02129
              617/241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 14, 2002.

              */s/ Helena T. O'Brien*
              Helena T. O'Brien